DELIA CONRAD, as Administratrix of the Estate of JOHN CONRAD, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

Reported below, 137 App. Div. 372.
(Argued April 25, 1910; decided May 3, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 14, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

The motion was made upon the grounds that the Appellate Division had unanimously decided that there was evidence tending to support the verdict, the only dissent being upon the ground that said verdict was excessive, and that the exceptions were frivolous.

*W. H. Ticknor* for motion.

*Alfred L. Becker* opposed.

Motion denied, with ten dollars costs.